UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>CARLOS MANUEL MONTERO ZAPATA,<br><br>        Defendant. | 25-cr-201 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Pursuant to the judgment of this Court imposed on December 17, 2025, defendant Carlos Manuel Montero Zapata is required to surrender for service of sentence at an institution designed by the Federal Bureau of Prisons before 2 p.m. on February 3, 2026. See ECF No. 43 at 2.

The parties have advised the Court that the Bureau of Prisons has not, as of today's date, designated Montero to any institution. Accordingly, and upon the application of Montero's counsel, the Court hereby amends Montero's date and time of surrender to before 2 p.m. on February 17, 2026.

    SO ORDERED.

Dated:    New York, NY
           February 2, 2026

                                    JED S. RAKOFF, U.S.D.J.

1